JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 13 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: WAYNE FARMS LLC FAIR LABOR
STANDARDS ACT LITIGATION
    Martha Woods v. Wayne Farms LLC,           )
        W.D. Louisiana, C.A. No. 5:07-1942        )        MDL No. 1872

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On November 2, 2007, the Panel transferred ten civil actions to the United States District Court for the Southern District of Mississippi for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1355 (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Keith Starrett.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of Mississippi and assigned to Judge Starrett.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of Mississippi for the reasons stated in the order of November 2, 2007, and, with the consent of that court, assigned to the Honorable Keith Starrett.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Mississippi. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 3 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

PLEADING NO. 14

OFFICIAL FILE COPY IMAGED MAR 3 1 2008